JOEL H. SIEGAL, ESQ. [SBN: 117044]
**SIEGAL & RICHARDSON, LLP**
235 Montgomery Street, Suite 1060
San Francisco, California 94104
Telephone:   415.777.5547
Facsimile:   415.777.5247
Email:       joelsiegal@yahoo.com

Attorney for Plaintiff
TAKIYA CHANDLER, GAL for minor K.D.


JEREMY J. SCHROEDER, ESQ. [SBN: 223118]
**FLESHER SCHAFF & SCHROEDER**
2202 Plaza Drive
Rocklin, CA 95765
Telephone: 916-672-6558
Facsimile: 916-672-6602

Attorney for Defendant
AMTRAK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAKIYA CHANDLER, GAL for minor K.D. , <br><br> Plaintiff, <br> vs. <br><br> AMTRAK AND DOES 1-10 <br><br> Defendants. | Case No.: 2:17 cv-01291-TLN-EFB <br><br> **JOINT STIPULATION TO CONTINUE SETTLEMENT CONFERENCE** <br><br> Settlement Conference: June 19, 2018 <br> Time: 10:00 a.m. <br> Courtroom: 8 <br> Presiding Judge: Edmund F. Brennan |

IT IS HEREBY STIPULATED BY THE PARTIES, Joel H. Siegal representing Plaintiff, TAKIYA CHANDLER, GAL for minor K.D., and Jeremy Schroeder representing Defendant AMTRAK that the settlement conference initially scheduled for June 19, 2018 should be continued due to a scheduling conflict. Plaintiff's counsel is scheduled for mandatory

settlement conference in another matter (17-CIV-00527) on the same date in Superior Court in San Mateo county. Please see attached notice. Counsel inadvertently only calendared the trial date, which was provided on the same notice, and failed to calendar the settlement conference date. Counsel apologizes for the inconvenience this has caused the court and on opposing counsel. As soon as counsel became aware of the scheduling conflict, he notified opposing counsel who then agreed to move the matter to a later date. Good cause exists because the case which involves the scheduling conflict has an upcoming trial date scheduled for July 2, 2018. The only opportunity to settle the matter before trial is on June 19, 2018 at the settlement conference. The matter at hand will not be prejudiced by this continuance since enough time exists to have a settlement conference being that a trial date is scheduled eight months away, on February 25, 2019. Furthermore, two months ago the court directed counsel to obtain medical records, counsel was diligent in requesting said records from Zuckerberg General Hospital but due to an issue with the hospital, such records are still being processed by the hospital. Without those records, a settlement conference may not be as helpful. Parties hereby stipulate to continue settlement conference for September 6, 2018 to be held before Magistrate Brennan.

IT IS SO STIPULATED.

Dated: June 13, 2018

Siegal & Richardson, LLP

Joel H. Siegal
Attorney for Plaintiff

IT IS SO STIPULATED.

Dated: June 13, 2018

Flesher, Schaff & Schroeder, Inc.

Jeremy Schroeder
Attorney for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAKIYA CHANDLER, GAL for minor K.D., <br><br> Plaintiff, <br> vs. <br><br> AMTRAK AND DOES 1-10 <br><br> Defendants. | Case No.: 2:17 cv-01291-TLN-EFB <br><br> **PROPOSED ORDER TO CONTINUE SETTLEMENT CONFERENCE** <br><br> Settlement Conference Date: June 19, 2018 <br> Time: 10:00 a.m. <br> Courtroom: 8 <br> Presiding Judge: Edmund F. Brennan |

## ORDER

Good cause appearing, and based upon the stipulation of the parties, the requested continuance of the settlement conference scheduled for June 19, 2018 is granted. The new settlement conference is scheduled for September 6, 2018 at 10:00 a.m.

Dated: 6-14-2018

_____
Honorable Judge Edmund F. Brennan

---