UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

K.D., a minor, Guardian Ad Litem
TAKIYA CHANDLER,

        Plaintiff,

v.

AMTRAK,

        Defendant.

No. 2:17-cv-1291-TLN-EFB

ORDER RE SETTLEMENT & DISPOSITION

The case was before the court for a further settlement conference conducted on September 6, 2018, Pursuant to the representations by counsel for the parties, the court has now determined that the matter has settled, subject to a hearing on a motion for minor's compromise.

All hearing dates heretofore set in this matter are VACATED.

Further, the court now orders that counsel shall file the motion for minor's compromise within thirty (30) days.

IT IS SO ORDERED.

DATED: September 6, 2018.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE