JOEL H. SIEGAL, ESQ. [SBN: 117044]
**SIEGAL & RICHARDSON, LLP**
235 Montgomery Street, Suite 1060
San Francisco, California 94104
Telephone:    415.777.5547
Facsimile:    415.777.5247
Email:    joelsiegal@yahoo.com

Attorney for Plaintiff
TAKIYA CHANDLER, GAL for minor K.D.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAKIYA CHANDLER, GAL for minor K.D., | Case No.: 2:17 cv-01291-TLN-EFB |
| Plaintiff, vs. | **DECLARATION OF JOEL H. SIEGAL IN SUPPORT OF ORDER GRANTING MINOR'S COMPROMISE** |
| AMTRAK AND DOES 1-10 | **Courtroom: 8, 13th Floor** |
| Defendants. | **Presiding Judge: Edmund F. Brennan** |

I, Joel H. Siegal declare:

1.     I am an attorney at law licensed to practice in California. I represent Plaintiff herein. I am personally familiar with the facts so stated and I would personally and truthfully testify if called.

2.     This case arises from a minor's fall on an Amtrak train.

3.     The minor, "K.D." was born on October 15, 2011. She is therefore currently seven.

4.     The action was filed on March 24, 2017 in the Superior Court of California, San Joaquin County. Upon filing suit, Plaintiff also submitted an Application and Order for Appointment of Guardian Ad Litem.

5.     On March 24, 2017, Honorable Carter P. Holly, Judge of the San Joaquin Superior Court issued an order appointing Takiya Chandler, "K.D." mother as guardian ad litem for this case.

6.     Defendants subsequently removed the San Joaquin Superior Court case to the Federal court and this case was formed.

7.     In the course of discovery, several depositions were taken as well as a medical evaluation of the minor.

8.     As to liability, several issues were raised. Plaintiff could establish no evidence that the train abnormally jerked or stopped thus causing the child to fall.

9.     Also, upon the child's fall the initial witnesses indicated the concern about abrasions on her face rather than the possibility of bi-lateral leg fractures. In fact, following the fall the child was able to walk off the train and then climb onto a waiting bus, for the final leg of the trip into San Francisco.

10.     An IME from Defense (Exhibit 1) indicates that

> "The issue in this case is whether or not the claimant sustained
> significant injuries to
> both distal femurs after her accident. The x-rays after the accident did
> not show any evidence of fracture or trauma. Subsequent x-rays continue
> to show no evidence of acute trauma and no evidence of healing fracture.
> There were periosteal bands in the proximal tibia which were due to
> factors unrelated to injury. The main reason for diagnosis of distal
> femoral fractures of her growth plates was due to tenderness over both
> distal femurs. If there truly was a distal femoral physeal fracture on
> either leg, the claimant would have had acute pain and the inability to
> walk without significant pain right after the accident. Clearly this was
> not the case. The claimant walked from the train to the bus and
> subsequent examinations show the claimant was walking and playing
> quite normally".

11.     Similarly, Plaintiff was sent for examination to Dr. Wolfson who confirmed the defense' opinion.

12.     The parties appeared at a Settlement Conference before Magistrate Brennan on September 6, 2018.  The parties entered into a general release attached hereto as Exhibit 2.

13.     During the conference, Takiya Chandler was present, in the court and answered Judge Brennan's inquiries under oath and truthfully.

14.     The economic breakdown of this case is as follows and also attached in Exhibit 3:

| | |
|---|---|
| Total Settlement: | $7,500 |
| 25% Statutory Fee | $1,875.00 |

| | |
|---|---|
| Evaluation by Dr. Wolfson | $1300 |
| Filing Costs | $575 |
| QDS Medical Records | $87 |
| QDS Medical Records | $61 |
| Deposition | $292 |
| Integrity Document Solutions | $65 |
| San Francisco General | $20 |
| | |
| Total Costs: | $4,275 |

15.    Total to Client           $3,225.

16.    In light of the fact that both IME's indicate that the minor's orthopedic issues are not fall related, there is no claim that Medi-Cal has on this recovery.

17.    We have, however, attempted to correspond with Medi-Cal but as of this writing there is no response.

18.    Finally, we respectfully ask that the court not require the GAL, Ms. Chandler to be present at court. She has already approved at two settlement conferences and needed to miss work.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.


Dated: October 25, 2018                        Siegal & Richardson, LLP



                                               Joel H. Siegal
                                               Attorney for Plaintiff

**PROOF OF SERVICE**

1

2 | *Chandler v. Amtrak*                                      Case no.: 2:17 cv-01291-TLN-EFB

3 | I, Kristy Avila, declare:

4

5 |     I am a citizen of the United States and employed in the County of San Francisco. I am over the age of 18 years and not a party to the within entitled action. I am readily familiar with the practice for collection and processing of documents for delivery by way of the service indicated below.

6

7 | (X) [BY MAIL]    By consigning such copy in a selected envelope, First Class postage fully prepaid, in the United States Postal Services for collection and mailing.

8

9

10 | (  ) [BY OVERNIGHT DELIVERY]

11 |     By consigning such copy in a sealed envelope to an overnight courier for next business day delivery.

12

13 | (  ) [BY HAND-DELIVERY]

14 |     By consigning such copy in a sealed envelope to a messenger for guaranteed hand-delivery.

15

16 | (  ) [BY FACSIMILE TRANSMISSION]

    By consigning such copy to a facsimile operator for transmittal.

17

18 |     On October 25, 2018, I served the within **DECLARATION OF JOEL H. SIEGAL IN SUPPORT OF ORDER GRANTING MINOR'S COMPROMISE, PROPOSES ORDER AND EXHIBITS 1-3** in the manner identified above on the following person(s):

19

20 | Jeremy Schroeder
2202 Plaza Drive
Rocklin, CA 95765

21 | Attorney for Defendant

22

23 |     I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

24

25

26 |     Kristy Avila, Paralegal

27 |     Siegal & Richardson, LLP

28