UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAKIYA CHANDLER, GAL for minor K.D. , <br><br> Plaintiff, <br> vs. <br><br> AMTRAK AND DOES 1-10 <br><br> Defendants. | Case No.: 2:17 cv-01291-TLN-EFB <br><br> **ORDER TO APPROVE MINOR'S COMPROMISE** <br><br><br><br> Courtroom: 8 <br> Presiding Judge: Troy L. Nunley |

## ORDER

The Court having reviewed the declaration of Joel H. Siegal and supporting exhibits, finds good faith in the settlement agreement reached by Defendant and Plaintiff. The minor's Guardian Ad Litem was present and agreed to the terms on the advice of counsel. Good cause has also been demonstrated in the distribution of the settlement funds, Joel Siegal presented copies of all expenses and his percentage is set by statute. As such, the Court hereto orders that the settlement draft of $7,500 be tendered to Plaintiff's counsel and directed to Joel Siega, Attorney Client Trust Account. Thereafter, Joel Siegal is directed to pay $3,225 FBO minor "KD" to Takiya Chandler.

Dated: November 6, 2018

Troy L. Nunley
United States District Judge

ORDER TO APPROVE MINOR'S COMPENSATION                    Case No. 2:17 cv-01291-TLN-EFB